# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| TYRONE HENDERSON, )<br>For himself and on behalf of all )<br>similarly situated individuals, )<br>                                                      )<br>        Plaintiff,                            )<br>                                                      )<br>    v.                                             )<br>                                                      )<br>INTERSTATE BRANDS CORPORATION, )<br>                                                      )<br>        Defendant/Third-Party Plaintiff,  )<br>                                                      )<br>    v.                                             )<br>                                                      )<br>VERIFICATIONS INCORPORATED, )<br>                                                      )<br>        Third-Party Defendant.           ) | Civil Action No. 3:11cv507-REP |

### VERIFICATIONS, INC.'S MOTION TO DISMISS CROSS-COMPLAINT

VERIFICATIONS, INC., pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss Counts Two through Nine of the Cross-Complaint filed herein by Defendant/Third-Party Plaintiff Interstate Brands Corporation for the reasons stated in the accompanying memorandum.

Respectfully submitted,

VERIFICATIONS, INC.

_____/s/_____
Charles K. Seyfarth (Va. Bar No. 44530)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza – East Tower
951 E. Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile:  (804) 916-7259
Charles.Seyfarth@leclairryan.com

Megan S. Ben'Ary (Va. Bar No. 47349)
Nicole Pszczolkowski (Va. Bar. No. 80826)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5983
Megan.Benary@leclairryan.com
Nicole.Pszczolkowski@leclairryan.com

***Counsel for Verifications, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2011, I filed a copy of the forgoing using the Court's CM/ECF system, which sent an electronic copy to:

Dale W. Pittman, Esquire
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb St.
Petersburg, Virginia 23803

Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, Virginia 23606

Christopher C. North, Esquire
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Blvd.
Newport News, Virginia 23606

*Counsel for Plaintiff*

Joseph W. Clark, Esquire
Edward M. Wenger
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

*Counsel for Interstate Brands Corporation*

                                                       /s/
                                     Megan S. Ben'Ary (Va. Bar No. 47349)
                                     LeCLAIRRYAN, A Professional Corporation
                                     2318 Mill Road, Suite 1100
                                     Alexandria, VA 22314
                                     Telephone: (703) 684-8007
                                     Facsimile: (703) 647-5983
                                     Megan.Benary@leclairryan.com

                                     *Counsel for Verifications, Inc.*