UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TYRONE HENDERSON,<br>For himself and on behalf of all<br>similarly situated individuals,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>INTERSTATE BRANDS CORPORATION,<br><br>　　　Defendant/Third-Party Plaintiff,<br><br>　　　v.<br><br>VERIFICATIONS INCORPORATED,<br><br>　　　Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 3:11cv507-REP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON VERIFICATIONS, INC.'S
MOTION TO DISMISS CROSS-COMPLAINT**

THIS CAUSE came before the Court on the motion of Third-Party Defendant Verifications, Inc. to dismiss Counts Two through Nine of the Cross-Complaint filed against it by Defendant/Third-Party Plaintiff Interstate Brands Corporation, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

AND IT APPEARING that the Motion to Dismiss should be granted;

IT IS ORDERED that Counts Two through Nine of the Cross-Complaint are hereby DISMISSED with PREJUDICE.

Entered this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE