## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| TYRONE HENDERSON, ) | |
| For himself and on behalf of all ) | |
| similarly situated individuals, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:11cv507-REP |
| ) | |
| INTERSTATE BRANDS CORPORATION, ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VERIFICATIONS INCORPORATED, ) | |
| ) | |
| Third-Party Defendant. ) | |

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable the Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Verifications, Inc. hereby certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public.

Respectfully submitted,

VERIFICATIONS, INC.

_____/s/_____
Charles K. Seyfarth (Va. Bar No. 44530)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza – East Tower
951 E. Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile:  (804) 916-7259
Charles.Seyfarth@leclairryan.com

Megan S. Ben'Ary (Va. Bar No. 47349)
Nicole Pszczolkowski (Va. Bar. No. 80826)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5983
Megan.Benary@leclairryan.com
Nicole.Pszczolkowski@leclairryan.com

***Counsel for Verifications, Inc.***

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of November, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following:

Dale W. Pittman, Esquire
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb St.
Petersburg, Virginia 23803

Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, Virginia 23606

Christopher C. North, Esquire
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Blvd.
Newport News, Virginia 23606

*Counsel for Plaintiff*

Joseph W. Clark, Esquire
Edward M. Wenger
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC  20001

*Counsel for Interstate Brands Corporation*

                                            /s/
                                    Megan S. Ben'Ary (Va. Bar No. 47349)
                                    LeCLAIRRYAN, A Professional Corporation
                                    2318 Mill Road, Suite 1100
                                    Alexandria, VA  22314
                                    Telephone: (703) 684-8007
                                    Facsimile:  (703) 647-5983
                                    Megan.Benary@leclairryan.com

                                    *Counsel for Verifications, Inc.*