# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (RICHMOND DIVISION)

| | |
|---|---|
| TYRONE HENDERSON, ) <br> For himself and on behalf of all ) <br> similarly situated individuals. ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERSTATE BRANDS CORPORATION, ) <br> ) <br>       Defendant/Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERIFICATIONS INCORPORATED, ) <br> ) <br>       Third-Party Defendant. ) <br> _____) | Civil Action No.: 3:11-cv-507-REP <br><br> Judge: The Honorable Robert E. Payne |

## [PROPOSED] ORDER

Upon consideration of Third-Party Defendant Verifications, Inc.'s ("VI") Motion to Dismiss IBC's Cross-Complaint and Defendant/Third-Party Plaintiff Interstate Brand Corporation's ("IBC") Opposition, it is hereby

**ORDERED** that

1. Cross-Claim Six (Unjust Enrichment) and Cross-Claim Nine (Violation of 15 U.S.C. § 1681e) of IBC's Cross-Complaint are dismissed without prejudice; and

2. VI's motion to dismiss is otherwise DENIED.

**IT IS SO ORDERED**

Dated: _____
The Honorable Robert E. Payne
United States District Judge

- 2 -