IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON,
For himself and on behalf
of all similarly situated
individuals,

    Plaintiff,

v.                      Civil Action No. 3:11cv507

INTERSTATE BRANDS CORPORATION,

    Defendant.

**ORDER**

Having reviewed INTERSTATE BRANDS CORPORATION'S NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY (Docket No. 29), it is hereby ORDERED that this action is stayed and that, not later than February 29, 2012, the plaintiff shall advise whether this action is to be dismissed and, if so, when, and, if not, what other course should be taken.

    It is so ORDERED.

                                        /s/ REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: February 14, 2012