

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,
For himself and on behalf
of all similarly situated
individuals,

    Plaintiff,

v.                          Civil Action No. 3:11cv507

INTERSTATE BRANDS CORPORATION,

    Defendant.

**ORDER**

Having reviewed PLAINTIFF'S STATEMENT OF CASE STATUS (Docket No. 31), it is hereby ORDERED that this action is dismissed without prejudice.

It is so ORDERED.

                                            /s/    REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: March 12, 2012